**Cheri LANGEHENNIG,**
**Plaintiff-Appellant,**

v.

**Michael L. CHAPMAN, Sheriff, Loudoun County Sheriff's Office,**
**Defendant-Appellee.**

**No. 16-2032**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Harvey Joseph Volzer, Alexandria, Virginia, for Appellant. Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheri Langehennig appeals from the district court's order dismissing her employment discrimination action as untimely. We have reviewed the parties' arguments and the record submitted on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Langehennig v. Chapman*, No. 1:16-cv-00466-AJT-MSN (E.D. Va. Aug. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED*